In the Matter of JULIUS LEVI, Appellant, against REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK et al., Respondents.

Submitted June 2, 1939; decided June 21, 1939.

628

*Irving Mariash* for appellant.

*Ernest E. Cole* and *Charles A. Brind, Jr.*, for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.